The People of the State of New York v. Tony Tartaglia.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. Harry Krowitz.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. Edward Linder.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Charles S. Thornton and Justis Chancellor and Another v. Thea Reid Topping, as Executrix, etc., of Daniel G. Reid, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Harry L. Singer v. Aquitania Realty Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before October 29, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Milton Goldberg, an Infant, etc., v. Elizabeth Adelman.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Rose Cohen v. Albert Cohen.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Helen Feldman v. Charles Feldman.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Vincenzina Carogano v. Giovanni Carogano.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on or before November 16, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Interboro Industrial Corporation v. The Ross Stores, Inc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

William B. Alexander v. I. R. B. Realty Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of Edgar Guggenheim, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Jules Kramer, in Behalf of Himself and All Other Creditors Similarly Situated, v. Phoenician Distributing Co., Inc., Impleaded with Charles Villone (Also Known as Carmine Villone) and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.